In re Estate of Edward J. O'Hare, Deceased. George Remus, Appellant, v. Northern Trust Company, Executor of Estate of Edward J. O'Hare, Deceased, Appellee.

Gen. No. 42,501.

opinion filed May 1, 1944; rehearing denied May 15, 1944. Chancellor & Chancellor, for appellant; Justus Chancellor and Justus Chancellor, Jr., of counsel; Wilson & McIlvaine, for appellee; J. F. Dammann, Clarence E. Fox and John C. Lobb, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.